IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-00017-BO

| | |
|---|---|
| CHRISTOPHER RYAN HARRISON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF GREENVILLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE was decided on Plaintiff's motion to seal certain documents that Plaintiff seeks to use in opposition to Defendants' motion for summary judgment in this action. The referenced documents have been filed as "proposed sealed" in five individual PDF files identified as "proposed seal:" Summary of Comparators' Personnel Records (docket 32) with exhibits-Medger I (docket 33); B-Medger II (docket 34, 35); C-Robinson (docket 36); D-Elias (docket 37, 38, 39); and E-Leathers (docket 40)These documents were received by Plaintiff through discovery in this action and are properly subject to the Court's protective order (docket 20) dated August 18, 2015. The Court finds that these referenced documents consist of various municipal personnel documents that are "confidential" by law pursuant to N.C. Gen. Stat. § 160A-168 and are protected from public disclosure under N.C. Gen. Stat. § 132-6, *et seq.* and that good cause has been shown that the referenced documents should be filed under seal with the Clerk. Accordingly, the Court finds that the "proposed seal" documents that Plaintiff filed on May 24, 2016 identified as "proposed seal:" Summary of Comparators' Personnel Records (docket 32) with exhibits-Medger I (docket 33); B-Medger II (docket 34, 35); C-Robinson (docket 36); D-Elias (docket 37, 38, 39); and E-Leathers (docket 40)should be filed with the Clerk under seal and subject to the confidentiality provisions thereof.

So ORDERED, this the ⎯⎯ day of May, 2016.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Honorable Terrence W. Boyle
U.S. District Judge